PETER C. RASMUSSEN, Respondent, *v.* CITY OF NEW YORK, Appellant.

Argued April 10, 1950; decided May 18, 1950.

*John P. McGrath, Corporation Counsel* (*Seymour B. Quel* and *Angela Parisi* of counsel), for appellant.

*David A. Savage* and *Donald A. Savage* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.